

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00512-CV

**IN THE INTEREST OF M.S.M AKA M.M, K.C.M AKA N.M AND C.C.M AKA BABY BOY M,** Children

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000251
Honorable Dennis Powell, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed in the trial court on August 12, 2022. The reporter's record was due on August 22, 2022, ten days after the notice of appeal was filed in the trial court; however, it has not been filed. We therefore ORDER Sandra Jackson, the court reporter responsible for preparing the reporter's record in this appeal, to file the reporter's record on or before **September 1, 2022**.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

It is so **ORDERED** on August 22, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT